FILED BY AT D.C.
Jan 16, 2024
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - FTL

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

FILED
NOV 03 2021
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | INDICTMENT |
| Plaintiff, | ) | |
| v. | ) | CASE NO. 1:21 CR 802 |
| ALEN ENI GORISHTI, | ) | Title 18, United States Code, Sections 1001(a)(2) and 1115 |
| Defendant. | ) | JUDGE BOYKO |

OUR CASE NO: 24-6017-MJ-HUNT

## GENERAL ALLEGATIONS

At all times material to this Indictment:

A. <u>Introduction and Background</u>

1. Defendant ALEN ENI GORISHTI was a Canadian National, employed by Company-1.

2. Company-1 was a Canadian corporation and the owner of the tug Petite Forte (the "tug"), which was a Canadian commercial towing vessel and had vessel identification number 6826119.

3. Company-2 was a Canadian corporation and the owner of the barge St. Mary's Cement (the "barge"), which was a Canadian commercial barge and had vessel identification number 8972077.

4. The tug and barge operated as a combined unit known as an Integrated Tug Barge ("ITB Petite Forte").

5. Victim-1 owned The Lund ("Lund"), which was a 1995 Lund Tyee Grand Sport 1850 recreation boat, and had vessel identification number LUNP1374H3495 and state registration number OH8688BM.

6. Victim-2 was a friend of Victim-1.

B. November 6, 2016

7. On or about November 6, 2016, Defendant, as second mate aboard the ITB Petite Forte, assumed the navigational watch on the bridge of the tug and became responsible for the safe navigation and movement of the ITB Petite Forte from 12:00 p.m. to 6:00 p.m.

8. At approximately 2:30 p.m., Victim-1 and Victim-2 were fishing from the Lund on Lake Erie and anchored the Lund approximately 2.5 miles north-northwest of Fairport Harbor, Ohio, which was located in the Northern District of Ohio, Eastern Division.

9. At approximately 4:33 p.m., Defendant navigated the ITB Petite Forte into the Lund, causing the Lund to capsize and Victim-1 and Victim-2 to go into the water, resulting in Victim-1 later being rescued that day and the body of deceased Victim-2 being discovered on shore near Conneaut, Ashtabula County, Ohio, on January 14, 2017.

## COUNT 1
(Seaman's Manslaughter, 18 U.S.C. § 1115)

The Grand Jury charges:

10. Paragraphs 1 through 9 of this Indictment are realleged and incorporated by reference as if fully set forth herein.

11. On or about November 6, 2016, in the Northern District of Ohio, Eastern Division, Defendant, ALEN ENI GORISHTI, second mate of the ITB Petite Forte, through misconduct, negligence and inattention to his duties on the ITB Petite Forte, caused the life of Victim-2 to be destroyed, in violation of Title 18, Section 1115, United States Code.

## COUNT 2
(False Statements to Law Enforcement, 18 U.S.C. § 1001(a)(2))

The Grand Jury further charges:

12. Paragraphs 1 through 9 of this Indictment are realleged and incorporated by reference as if fully set forth herein.

13. From on or about November 7, 2016, to on or about November 9, 2016, in the Northern District of Ohio, Eastern Division, Defendant ALEN ENI GORISHTI knowingly and willfully made materially false, fictitious, and fraudulent statements and representations to United States Coast Guard employees, in a matter within the jurisdiction of the executive branch of the Government of the United States, that is: Defendant stated and represented that the ITB Petite Forte did not allide with the Lund and claimed that he saw the Lund in distress off the port bow before the ITB Petite Forte got close to the Lund. Defendant well knew this statement and representation were false, as forensic evidence and Victim-1's interview showed that the ITB Petite Forte allided with the Lund, in violation of Title 18, United States Code, Section 1001(a)(2).

A TRUE BILL.

Original document - Signatures on file with the Clerk of Courts, pursuant to the E-Government Act of 2002.

3

Case 0:24-mj-06017-PMH   Document 1   Entered on FLSD Docket 01/16/2024   Page 4 of 7

United States v. Alen Eni Gorishti

A TRUE BILL.

_____
FOREPERSON

BRIDGET M. BRENNAN
Acting United States Attorney

By: _____
    Edward F. Feran, Chief
    General Crime Unit

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Northern District of Ohio

| | |
|---|---|
| United States of America<br>v.<br>Alen Eni Gorishti<br><br>*Defendant* | )<br>)<br) Case No. **1:21 CR 802**<br>)<br>) OUR CASE NO:24-6017-MJ-PMH<br>) |

FILED BY _____AT_____ D.C.

Jan 16, 2024

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - FTL

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* Alen Eni Gorishti ,

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

Seaman's Manslaughter, 18 U.S.C. § 1115
False Statement, 18 U.S.C. § 1001

Date: 11·3·21

_____
*Issuing officer's signature*

City and state: Cleveland, Ohio

_____
*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____ at *(city and state)* _____ .<br><br>Date: _____<br><br>_____<br>*Arresting officer's signature*<br><br>_____<br>*Printed name and title* |

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

**FILED**
NOV 03 2021
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT COURT
TOLEDO OF OHIO

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO.: 1:21 CR 802 |
| Plaintiff, ) | MAGISTRATE JUDGE DARRELL A. CLAY |
| v. ) | <u>MOTION TO SEAL INDICTMENT</u> |
| ALEN ENI GORISHTI, ) | |
| Defendant. ) | |

Now comes the United States of America, by and through counsel, Bridget M. Brennan, Acting United States Attorney, and Brian M. McDonough, Assistant United States Attorney, and respectfully moves this Court for an order sealing the attached indictment for the following reasons: To prevent flight of the defendant and the possible destruction of evidence if the defendant were to learn of the indictment prior to being arrested.

The government further requests this Court to order that an Assistant United States Attorney of the Criminal Division of the United States Attorney's Office for the Northern District of Ohio may obtain, upon request, a certified copy of this indictment should the defendant be located in another judicial district and a certified copy of this indictment is needed

for forwarding to that judicial district. See Rule 6(e)(4) of the Federal Rules of Criminal Procedure.

        Respectfully submitted,

        BRIDGET M. BRENNAN
        Acting United States Attorney

By: *Brian M. McDonough*

        Brian M. McDonough (OH: 0072954)
        Assistant United States Attorney
        United States Court House
        801 West Superior Avenue, Suite 400
        Cleveland, OH 44113
        (216) 622-3965
        (216) 522-8354 (facsimile)
        Brian.McDonough@usdoj.gov